IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FLORA ZARATE, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:13-CV-2437-D |
| | § | |
| NICHOLAS CONDER; | § | |
| BATTEN & SHAW, INC., | § | |
| Defendants. | § | |

## ORDER ON AGREED STIPULATION OF DISMISSAL

:

An Agreed Stipulation of Dismissal having been filed and the matter having been settled, the case before the Court is dismissed with prejudice. It is, therefore

ORDERED by the Court that the above-styled and numbered cause be, and it is hereby dismissed with prejudice.

It is further ORDERED that all Court costs be taxed against the party incurring same

It is SO ORDERED.

SIGNED August 21, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE